# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Daly, Reona J. | U.S. District Court Southern District of Illinois | 06/09/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (full-time) | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

301 West Main Street
Benton, IL 62812

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Daly, Reona J. | 06/09/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Self-employed CPA/Attorney |
| 2. | 2019 | Family farm |
| 3. | 2019 | Vice President/General Counsel--Southern Illinois Healthcare |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Daly, Reona J. | 06/09/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Daly, Reona J.** | 06/09/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 180 acres farm land in Christian County, IL | E | Rent | P1 | W | Buy | 11/5/19 | K | | Rick White |
| 2. Checking account, First Southern Bank | A | Interest | K | T | | | | | |
| 3. 401k (Southern Illinois Healthcare) | | | | | | | | | |
| 4. -JPMCB SmartRetirement 2030Fund CF | D | Dividend | J | T | | | | | |
| 5. -JPMCB SmartRetirement 2050 Fund CF | A | Dividend | N | T | | | | | |
| 6. IRA (Wells Fargo) | | | | | | | | | |
| 7. -Growth Fund of America | C | Dividend | L | T | | | | | |
| 8. -New Perspective Fund A | B | Dividend | L | T | | | | | |
| 9. -New World Fund Class A | B | Dividend | J | T | | | | | |
| 10. Roth IRA | | | | | | | | | |
| 11. -Vanguard Total Stock Market ETF | B | Dividend | K | T | | | | | |
| 12. IRA (Wells Fargo) | | | | | | | | | |
| 13. -Deutsche Secs TR Enhanced Commodity Strat Fd Instl Class | A | Dividend | | | Sold | 08/06/19 | J | A | |
| 14. -Deutsch Secs Tr. Global R/E Secs Fd Instl Class | A | Dividend | | | Sold | 08/06/19 | J | A | |
| 15. -Cohen & Steers Realty Sh. | A | Dividend | | | Sold | 08/06/19 | J | A | |
| 16. -American Funds-The Bond Fund of America | A | Dividend | K | T | | | | | |
| 17. -American Funds-Growth Fund of America | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Daly, Reona J.** | 06/09/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -JP Morgan High Yield | A | Dividend | | | Sold | 10/07/19 | J | A | |
| 19.  -Gabelli Equity Ser Fd. | A | Dividend | | | Sold | 05/22/19 | J | A | |
| 20.  -Goldman Sachs Treasury Finl Square Treas | A | Dividend | J | T | Buy (add'l) | 05/23/19 | J | A | |
| 21.  -American Funds-New World Fund C2 | A | Dividend | | | Buy | 05/23/19 | J | | |
| 22.  -American Funds-Washington Mutual Fd. F2 | A | Dividend | K | T | | | | | |
| 23.  -John Hancock Funds III-Disciplined Value Mid Cap Fund | A | Dividend | J | T | | | | | |
| 24.  -JPMorgan Funds-Intrepid Value Fund | A | Dividend | | | Sold | 05/22/19 | J | A | |
| 25.  -American Funds-Europacific Growth Fund | A | Dividend | J | T | Sold (part) | 05/22/19 | J | A | |
| 26.  -Oppenheimer Dev Markets CI Y | A | Dividend | K | T | | | | | |
| 27.  -Pimco Funds-Pac Investment Mgmt Ser. Emerging Markets | A | Dividend | J | T | | | | | |
| 28.  -Prudential-Jennison Mid-Cap Growth Fund | A | Dividend | | | Sold | 05/22/19 | J | A | |
| 29.  -Small Cap World Fund | A | Dividend | J | T | | | | | |
| 30.  -T Rowe Price-Blue Chip Growth Fund | A | Dividend | J | T | Sold (part) | 05/22/19 | J | A | |
| 31.  -Artisan Funds-Artisan Small Cap Fund Advisor class shares | A | Dividend | J | T | Sold (part) | 01/11/19 | J | A | |
| 32. | | | | | Sold (part) | 04/12/19 | J | A | |
| 33. | | | | | Sold (part) | 05/22/19 | J | A | |
| 34.  -Delaware Value Inst. Fund | A | Dividend | J | T | Buy | 05/22/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Daly, Reona J. | 06/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -Wells Fargo Special Small Cap Value | A | Dividend | K | T | Buy | 05/22/19 | J | | |
| 36. -PGIM High Yield Cl. 2 | A | Dividend | J | T | Buy | 10/07/19 | J | | |
| 37. -T. Rowe Price Mid-Cap Growth | A | Dividend | J | T | Buy | 05/22/19 | J | | |
| 38. Vanguard Mutual Fund-Wellesley Income Fund | A | Dividend | K | T | | | | | |
| 39. Fidelity Mutual Fund-Fidelity Emerging Asia Fund | A | Dividend | K | T | | | | | |
| 40. ESA college funds (America Funds) | | | | | | | | | |
| 41. -AMCAP Fund Inc. Class A | A | Dividend | K | T | | | | | |
| 42. -American Balanced Fund Class A | A | Dividend | L | T | | | | | |
| 43. -Growth Fund of America Class A | A | Dividend | L | T | | | | | |
| 44. 529 college accounts (American Funds) | | | | | | | | | |
| 45. -AMCAP 529 fund Class A | A | Dividend | K | T | | | | | |
| 46. -Capital World Bond 529 Class A | A | Dividend | J | T | | | | | |
| 47. -Capital World Growth & Income Fund Class 529-A | A | Dividend | K | T | | | | | |
| 48. -Fundamental Investors Class 529-A | A | Dividend | K | T | | | | | |
| 49. -Income Fund of America 529 Class A | A | Dividend | K | T | | | | | |
| 50. -AF Moderate Growth | A | Dividend | L | T | | | | | |
| 51. -AF Balanced 529 Class A | A | Dividend | K | T | Buy | 01/22/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Daly, Reona J.** | 06/09/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐　　NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.　Daly Property Mgt., Inc. (25% owner) | A | Interest | K | T | | | | | |
| 53.　American General Life Insurance Company<br>(f/k/a Franklin Insurance) | | | | | | | | | |
| 54.　-Presidential Annuity-Single Prem Deferred<br>Annuity (guaranteed rate) | C | Interest | L | T | | | | | |
| 55.　State Farm Custodian Account-Growth Fund<br>(STFGX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Daly, Reona J.** | 06/09/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Daly, Reona J. | 06/09/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Reona J. Daly**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544